1  Justin Fok, Esq., CA Bar: 242272
   Law Offices of Jean D. Chen
2  2107 N. First Street, Suite 400
3  San Jose, CA 95131
   Telephone: (408) 437-1788
4  Facsimile:  (408) 437-9788
   Email: jfok@jclawoffice.com
5

6  Attorney for Defendant
   Gang Steven Chen
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11
   UNITED STATES OF AMERICA        )  Case No. CR 09-00177 JF
12                                 )
                                   )
13         Plaintiff,               )
                                   )
14      v.                         )  **STIPULATION TO CONTINUE**
                                   )  **SENTENCING HEARING AND**
15 GANG STEVEN CHEN                )  **[PROPOSED] ORDER**
                                   )
16                                 )
           Defendant.              )
17                                 )
                                   )
18                                 )
                                   )
19                                 )

20

21         It is hereby stipulated by and between counsel for Defendant, Justin Fok, Esq.,

22  and counsel for the Plaintiff UNITED STATES OF AMERICA, U.S. Attorney David Callaway,

23  that the date set for the sentencing hearing be continued from November 18, 2009 at 9:00 a.m. to

24  December 16, 2009 at 9:00 a.m.  This continuance is necessary because the defendant's father is

25  terminally ill and the defendant wishes to return to China to pay his respects to his father.

26         The U.S. Probation Office and Pretrial Services in Phoenix, AZ, and San Jose, CA have

27  been informed of the situation and have no objection to the continuance.

28

Case No. CR 09-00177 JF                    1
Stipulation to Continue Sentencing Hearing

Dated this 17th day of November, 2009.

                                            /s/ Justin G. Fok
                                        JUSTIN G. FOK, Esq.
                                        Counsel for Gang Steven Chen

Dated this 17th day of November, 2009.

                                          /s/ David R. Callaway
                                        DAVID R. CALLAWAY
                                        U.S. Attorney

### ORDER

GOOD CAUSE APPEARING,

**IT IS ORDERED** that the date set for the sentencing hearing on this case be continued from November 18, 2009 at 9:00 a.m. to December 16, 2009 at 9:00 a.m.

Dated this 18th day of November, 2009

                                          JEREMY FOGEL
                                          United States District Judge