# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>XUNMEI "GRACE" LI, and GANG "STEVEN" CHEN,<br><br>    Defendants | Case No.: CR 09-00177 JF<br><br>**ORDER PERMITTING GANG CHEN TO TRAVEL TO CHINA** |

Upon motion of Defendant Gang Chen and with good cause appearing;

IT IS HEREBY ORDERED that Gang Chen be permitted to travel to China for a period of 90 days from the date of his departure while on probation.

IT IS FURTHER ORDERED that Gang Chen's travel to and from China be regulated by his probation officer. Defendant must keep his probation officer advised of his travel plans. Defendant must return to the United States within 90 days from the date of his departure.

Done this ____ day of February 2012.

_____
Hon. Jeremy Fogel
United States District Judge

1